UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 5:11CR1-R

18 U.S.C. § 1344
18 U.S.C. § 1028A

'11 JAN 11 P2:17

FILED
US DISTRICT COURT CLK
WESTN. DIST. KENTUCKY

**WILLIAM DEMON ALLEN**

The Grand Jury charges:

## COUNT 1

1. On or about September 1, 2007, and ending on or about September 30, 2007, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **WILLIAM DEMON ALLEN**, devised a scheme and artifice to defraud the Chase Bank USA, N.A., a financial institution insured by the Federal Deposit Insurance Corporation, as defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits assets, securities, or other property owned by or under the custody or control of the Chase Bank USA, N.A., by materially false or fraudulent pretenses, representations, or promises.

2. It was a part of the scheme and artifice to defraud that the defendant applied to the Chase Bank USA, N.A. for a credit card using the name and personal identification of J.A.M., and having obtained the credit card, number XXXXXXXXXXXX9628, used that credit card to obtain services, products, or money for his personal use and not for the use of J.A.M..

3. On or about September 5, 2007, in the Western District of Kentucky, the defendant executed the scheme and artifice to defraud as set forth above, in that the defendant applied to the

Chase Bank USA, N.A. for a credit card using the name and social security account number of J.A.M., XXX-XX-0925, and obtained a credit card, number XXXXXXXXXXXX9628, in the name of J.A.M.

4.      On or about and between September 18, 2007 and September 19, 2007, in the Western District of Kentucky, the defendant executed the scheme and artifice as set forth above in that the defendant used the credit card, number XXXXXXXXXXXX9628 on two (2) occasions and obtained things of value of approximately $486.00.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 2

On or about September 5, 2007, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **WILLIAM DEMON ALLEN**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the social security number of J.A.M, XXX-XX-0925, during and in relation to the commission of the offense of bank fraud in violation of Title 18, United States Code, Section 1344, as set forth in Count 1 of this Indictment.

In violation of Title 18, United States Code, Section 1028A.

The Grand Jury further charges:

## COUNT 3

1.      On or about September 1, 2007, and ending on or about September 30, 2007, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **WILLIAM**

**DEMON ALLEN**, devised a scheme and artifice to defraud the Chase Bank USA, N.A,, a financial institution insured by the Federal Deposit Insurance Corporation, as defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits assets, securities, or other property owned by or under the custody or control of the Chase Bank USA, N.A., by materially false or fraudulent pretenses, representations, or promises.

2. It was a part of the scheme and artifice to defraud that the defendant applied to the Chase Bank USA, N.A. for a credit card using the name and personal identification of J.A.M., and having obtained the credit card, number XXXXXXXXXXXX8634, used that credit card to obtain services, products, or money for his personal use and not for the use of J.A.M.

3. On or about September 6, 2007, in the Western District of Kentucky, the defendant executed the scheme and artifice to defraud as set forth above, in that the defendant applied to the Chase Bank USA, N.A. for a credit card using the name and social security account number of J.A.M., XXX-XX-0925, and obtained a credit card, number XXXXXXXXXXXX8634, in the name of J.A.M.

4. On or about and between September 15, 2007 and September 18, 2007, in the Western District of Kentucky, the defendant executed the scheme and artifice as set forth above in that the defendant used the credit card, number XXXXXXXXXXXX8634 on two (2) occasions and obtained things of value of approximately $900.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 4

On or about September 6, 2007, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **WILLIAM DEMON ALLEN**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the social security number of J.A.M, XXX-XX-0925, during and in relation to the commission of the offense of bank fraud in violation of Title 18, United States Code, Section 1344, as set forth in Count 3 of this Indictment.

In violation of Title 18, United States Code, Section 1028A.

The Grand Jury further charges:

## COUNT 5

1. On or about September 1, 2007, and ending on or about September 30, 2007, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **WILLIAM DEMON ALLEN**, devised a scheme and artifice to defraud the Chase Bank USA, N.A,, a financial institution insured by the Federal Deposit Insurance Corporation, as defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits assets, securities, or other property owned by or under the custody or control of the Chase Bank USA, N.A., by materially false or fraudulent pretenses, representations, or promises.

2. It was a part of the scheme and artifice to defraud that the defendant applied to the Chase Bank USA, N.A. for a credit card using the name and personal identification of J.A.M.,

and having obtained the credit card, number XXXXXXXXXXXX5516, used that credit card to obtain services, products, or money for his personal use and not for the use of J.A.M..

3. On or about September 7, 2007, in the Western District of Kentucky, the defendant executed the scheme and artifice to defraud as set forth above, in that the defendant applied to the Chase Bank USA, N.A. for a credit card using the name and social security account number of J.A.M., XXX-XX-0925, and obtained a credit card, number XXXXXXXXXXXX5516, in the name of J.A.M.

4. On or about and between September 18, 2007 and September 20, 2007, in the Western District of Kentucky, the defendant executed the scheme and artifice as set forth above in that the defendant used the credit card, number XXXXXXXXXXXX5516, on four (4) occasions and obtained things of value of approximately $2,000.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 6

On or about September 7, 20~~10~~ 07, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **WILLIAM DEMON ALLEN**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the social security number of J.A.M, XXX-XX-0925, during and in relation to the commission of the offense of bank fraud in violation of Title 18, United States Code, Section 1344, as set forth in Count 5 of this Indictment.

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.

███████████
FOREPERSON

*/s/* 
DAVID J. HALE
United States Attorney

DJH:DS:101215

UNITED STATES OF AMERICA v. WILLIAM DEMON ALLEN

## PENALTIES

Count 1: NM 30 yrs./$1,000,000/both/NM 5 yrs. Supervised Release.
Count 2: NLT 2 yrs. consecutive/$250,000/both/NM 3 yrs. Supervised Release.
Count 3: NM 30 yrs./$1,000,000/both/NM 3 yrs. Supervised Release.
Count 4: NLT 2 yrs. consecutive/$250,000/both/NM 3 yrs. Supervised Release.
Count 5: NM 30 yrs./$1,000,000/both/NM 5 yrs. Supervised Release.
Count 6: NLT 2 yrs. consecutive/$250,000/both/NM 3 yrs. Supervised Release.

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual          Felony: $100 per count/individual
             $125 per count/other                       $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612.

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

>If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615 <u>RESTITUTION</u>

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR1-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM DEMON ALLEN

## INDICTMENT
**Title 18, U.S.C. §§1344 and 1028A:
Bank fraud; Identity Theft.**

*A true bill.*



*Foreman*

*Filed in open court this 11th day of January, 2011.*

*Clerk*

Bail, $

FILED
JAN 1 1 2011
BY VANESSA L. ARMSTRONG
DEPUTY CLERK